FILED'08 JUN 25 1404USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| CAROLYN JENDRO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:07-CV-1543-BR<br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order ~~filed~~ *signed* on _June 25_, 2008.

DATED this 25th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE